# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| PATRICIA ELLIOTT, | : | |
| Appellant, | : | 3-22-cv-1808 |
| v. | : | (JUDGE MANNION) |
| VINCENT A. PIAZZA III, | : | |
| Appellee | : | |

## ORDER

In accordance with the court's Memorandum issued this same day, **IT IS HEREBY ORDERED** that Appellant's Appeal, (Doc. 1), is **DENIED**, and the Bankruptcy Court's order denying reconsideration is **AFFIRMED**. The Clerk of Court is directed to **CLOSE** this case.

*s/ Malachy E. Mannion*
MALACHY E. MANNION
United States District Judge

DATE: November 2, 2023
22-1808-01 Order